IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY, LLC,<br><br>                Plaintiff,<br><br>      v.<br><br>CINCOM SYSTEMS, INC.<br><br>                Defendant. | C.A. No. 13-1446-SLR |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Data Speed Technology, LLC ("Plaintiff") respectfully moves this Court to extend the deadline for Defendant Cincom Systems, Inc. to respond to the Complaint filed in this matter until December 2, 2013.

| | |
|---|---|
| October 30, 2013 | BAYARD, P.A. |
| OF COUNSEL:<br><br>Alexander C.D. Giza<br>Marc A. Fenster<br>Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025-1031<br>(310) 826-7474<br>agiza@raklaw.com<br>mfenster@raklaw.com | /s/ Sara E. Bussiere  (sb5725)<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>Sara E. Bussiere (sb5725)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Plaintiff Data Speed Technology, LLC* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge