## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>CINCOM SYSTEMS, INC.<br><br>       Defendant. | C.A. No. 13-1446-SLR |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal rule of Civil Procedure 41(a)(1), Plaintiff Data Speed Technology, LLC voluntarily dismisses without prejudice the above-entitled action against Defendant Cincom Systems, Inc. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

| | |
|---|---|
| January 16, 2014 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman*<br>Richard D. Kirk (rk0922) |
| Alexander C.D. Giza | Stephen B. Brauerman (sb4952) |
| Marc A. Fenster | Vanessa R. Tiradentes (vt5398) |
| Russ August & Kabat | Sara E. Bussiere (sb5725) |
| 12424 Wilshire Boulevard, 12th Floor | 222 Delaware Avenue, Suite 900 |
| Los Angeles, CA 90025-1031 | Wilmington, DE 19801 |
| (310) 826-7474 | (302) 655-5000 |
| agiza@raklaw.com | rkirk@bayardlaw.com |
| mfenster@raklaw.com | sbrauerman@bayardlaw.com |
| | vtiradentes@bayardlaw.com |
| | sbussiere@bayardlaw.com |
| | *Attorneys for Data Speed Technology, LLC* |